PETER COLLIS, Respondent, *v.* MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.

(Argued January 23, 1934, decided February 27, 1934.)

*Nelson E. Spencer* for appellant.

*George T. Lynn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: KELLOGG, J.